IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAVID JEROME CRAWFORD,      )
                            )
    Plaintiff,               )
                            )    CIVIL ACTION NO.
    v.                       )     2:04cv617-MHT
                            )          (WO)
CITY OF MONTGOMERY,          )
et al.,                      )
                            )
    Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging or claiming his civil rights were violated while he was incarcerated in a city jail.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant Montgomery Jail should be dismissed and the remaining defendants' motion for summary judgment should be granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of September, 2006.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**